# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 25-5014**                                    **September Term, 2024**

**1:24-cv-02695-UNA**

**Filed On:** June 4, 2025

Jose L. Canales Cancel,

        Appellant

        v.

United States Department of Health and
Human Services, Office for Civil Rights,
General Attorney or ALL Member of the
Board, Chair of the Board,

        Appellee

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**    Pillard, Katsas, and Rao, Circuit Judges

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and appendix filed by appellant.  See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).  Upon consideration of the foregoing and the motion to appoint counsel, it is

**ORDERED** that the motion to appoint counsel be denied.  In civil cases, appellants are not entitled to appointment of counsel when they have not demonstrated sufficient likelihood of success on the merits.  It is

**FURTHER ORDERED AND ADJUDGED** that the district court's order entered January 8, 2025, be affirmed.  The district court concluded that dismissal was required because appellant had not shown an applicable waiver of sovereign immunity and because his requested relief was unavailable under the Administrative Procedure Act.  On appeal, appellant does not challenge those conclusions, and he therefore has forfeited any such challenge.  United States ex rel. Totten v. Bombardier Corp., 380 F.3d 488, 497 (D.C. Cir. 2004).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution

of any timely petition for rehearing or petition for rehearing en banc.  <u>See</u> Fed. R. App.
P. 41(b); D.C. Cir. Rule 41.


**<u>Per Curiam</u>**


                                        **FOR THE COURT:**
                                        Clifton B. Cislak, Clerk

                        BY:     /s/
                                Daniel J. Reidy
                                Deputy Clerk